**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| PEGGY O'NEILL,<br><br>    Plaintiff,<br><br>    v.<br><br>BICKFORD SENIOR LIVING, L.L C.; and URBANDALE BICKFORD COTTAGE, L.L.C.,<br><br>    Defendants. | Case No. 4:11-cv-00211-RP-RAW<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that the above-captioned matter is dismissed with prejudice with each party to bear her or its own fees and costs.

Dated August 30, 2012.

Respectfully submitted,

/s/ Thomas M. Werner
Thomas M. Werner
974 – 73rd Street, Suite 10
Des Moines, Iowa 50324
Telephone:  (515) 225-2888
Facsimile:   (515) 224-7231
E-mail:  twerner777@yahoo.com

ATTORNEY FOR PLAINTIFF


/s/ Victoria H. Buter
Victoria H. Buter            Bar #AT0009169
Husch Blackwell, LLP
1620 Dodge Street, Suite 1200
Omaha, Nebraska 68102
Telephone:  (402) 964-5000
Facsimile:   (402) 964-5050
E-mail:  victoria.buter@huschblackwell.com

ATTORNEY FOR DEFENDANTS

2

## CERTIFICATE OF FILING AND SERVICE

This is to certify that on this 30th day of August, 2012, I electronically filed the Joint Stipulation of Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Victoria H. Buter
>Husch Blackwell, LLP
>1620 Dodge Street, Suite 1200
>Omaha, Nebraska 68102
>Telephone: (402) 964-5000
>Facsimile: (402) 964-5050
>E-mail: victoria.buter@huschblackwell.com

>ATTORNEY FOR DEFENDANTS

>/s/ Thomas M. Werner
>Thomas M. Werner